# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

United States of America
v.
Dapron Maurice Green

)
)
)
)
)
)
)

Case No:  7:05-CR-53-1F

USM No:  70008-056

| | |
|---|---|
| Date of Original Judgment: | January 4, 2006 |
| Date of Previous Amended Judgment: | March 3, 2009 |
| *(Use Date of Last Amended Judgment if Any)* | |

Thomas P. McNamara
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected
in the last judgment issued)* of  130                          months **is reduced to**  110 months in Counts 2 and 3.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served"
sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated January 4, 2006
shall remain in effect. **IT IS SO ORDERED.**

Order Date:  6/20/12

James C. Fox
*Judge's signature*

Effective Date:
*(if different from order date)*

James C. Fox, Senior U.S. District Judge
*Printed name and title*